Samuel Mantel and Others, Respondents, v. David Grandon, Appellant.— Judgment and orders of the Municipal Court affirmed, with costs. No opinion. Jenks, Rich and Carr, JJ., concurred; Burr and Thomas, JJ., dissented.

James A. McDonald, Respondent, v. Somerville Realty Company, Appellant. —Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Rudolph Peterson, Appellant, v. The City of New York, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. John Sollina, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Charles Schmeiser, Appellant, v. Montague Lessler, Respondent.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Thomas and Carr, JJ., concurred; Burr, J., dissented.

Mary C. Smith, Respondent, v. Timothy F. Kieley, Appellant, Impleaded with Charles C. Capello and Others, Defendants.—Judgment of the County Court of Queens county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.